**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ANGELICA ARANDA, | ) | No. EDCV 13-1970 CW |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: October 20, 2014

_Carla M. Woehrle_
CARLA M. WOEHRLE
United States Magistrate Judge