UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| ANGELICA ARANDA, ) | No.  EDCV 13 - 1970 CW |
| ) | |
|    Plaintiff, ) | ORDER AWARDING EAJA FEES |
| ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN ) | |
| Acting Commissioner Of Social Security, ) | |
| ) | |
|    Defendant. ) | |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND TWO HUNDRED TWENTY FOUR DOLLARS AND 95/100 ($2,224.95) subject to the terms of the stipulation.

DATE:  November 24, 2014  _____

                                HON. CARLA M. WOEHRLE
                                UNITED STATES MAGISTRATE JUDGE